CLS
6/7/21

DOA: 6/4/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Albert RODRIGUEZ (1),<br>Gladys Luna-GARCIA (2)<br><br>Defendants. | Case No.: 21MJ8482<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Secs. 952 and 960<br>Importation of Controlled Substances<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 4, 2021, within the Southern District of California, defendants, Albert RODRIGUEZ and Gladys Luna-GARCIA, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Special Agent David D. Palmer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of June 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Albert RODRIGUEZ and Gladys Luna-GARCIA

PROBABLE CAUSE STATEMENT

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations (HSI) Special Agent (SA) David D. Palmer. I, SA David D. Palmer, declare under penalty of perjury, the following is true and correct:

On June 4, 2021, at approximately 9:00 p.m., Albert RODRIGUEZ (RODRIGUEZ), who was the driver and Gladys Luna-GARCIA (GARCIA) who was a passenger, applied for entry into the United States at the Calexico, California West Port of Entry (POE) in a black 2013 Chrysler bearing California tag (8TUH349). RODRIGUEZ and GARCIA are both United States citizens.

CBPO M. Ibarra, who was in vehicle primary lane #5 received a negative United States (US) Customs declaration from RODRIGUEZ. CBPO M. Ibarra referred RODRIGUEZ to secondary inspection due a computer-generated alert. CBPO A. Gonzalez was conducting a secondary inspection of the vehicle driven by RODRIGUEZ after he gave a negative declaration and was alerted by Canine Enforcement Officer (CEO) J. Tamay who received a positive alert from his Human and Narcotics Detection Dog (HNDD) Daisy (160034) under the rear bumper of the vehicle RODRIGUEZ was

operating. RODRIGUEZ and GARCIA were detained, and the vehicle was driven through the Z-Portal and into the vehicle secondary inspection area. CBPO Gaudi, who operated the Z-Portal, observed anomalies at the rear bumper of the vehicle and rear passenger side door.

CBP Officers conducted an inspection on the vehicle and observed fifty-five (55) packages of a crystalline substance inside wrapped in clear packaging in the rear bumper. The crystalline substance was GEMINI tested by SCBPO Lopez and was positive for methamphetamine hydrochloride. A total of 55 packages were removed from a non-factory compartment from the rear bumper and passenger side door and had a combined total weight of 22.8 kilograms (50.27 lbs).

On June 04, 2021, at approximately 11:00 P.M., SA's D. Palmer and M. Rahman took custody of RODRIGUEZ and GARCIA at the Calexico, California West Port of Entry. SA Palmer was present when RODRIGUEZ and GARCIA were read their Miranda rights in Spanish with CBPO A. Gonzalez serving as a Spanish Interpreter for RODRIGUEZ and CBPO De Ollas serving as a Spanish Interpreter for GARCIA. RODRIGUEZ and GARCIA waived their rights and agreed to answer questions. During questioning, RODRIGUEZ admitted to knowingly attempting to smuggle narcotics into the United States in the vehicle. RODRIGUEZ said he and GARCIA were supposed to have been paid $500.00 USD when the narcotics were delivered to his contact in Bakersfield, California. GARCIA during

3

questioning admitted traveling with RODRIGUEZ to transport and pickup money derived from drug smuggling from different locations in California.

RODRIGUEZ was processed and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance and transported to GEO El Centro to await initial appearance. GARCIA was given a Notice to Appear (NTA) for Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance to appear before a Magistrate Judge in El Centro, CA.

DAVID D PALMER
Digitally signed by DAVID D PALMER
Date: 2021.06.05 13:35:04 -07'00'

David D. Palmer
Special Agent
Homeland Security Investigations

Based on the facts presented in this probable cause statement consisting of two (2) pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on June 04, 2021 in violation of 21 U.S.C. § 952 and 960.

1:53 PM, Jun 5, 2021
Date _____

_(signature)_
Hon. Daniel E. Butcher
United States Magistrate Judge